# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Sep 9, 2026 9:22AM

MICHELLE B. VELA

Rcpt. No: 12831 Trans. Date: Sep 9, 2026 9:22AM Cashier ID: #DG (2225)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #1319684611 | 09/9/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: 5:26-CV-5752, MICHELLE BARRIENTES VELA V. BRADLEY MAURICE FREEMAN, INDIVIDUALLY CAPACITY AND RYAN RIOS ESCOBEDO, INDIVIDUALLY CAPACITY.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov