PHILIP J. DEVLIN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**262 W. Nueva St., Suite 1-400**
**San Antonio, Texas 78207**

ANNETTE
FRENCH
CHIEF DEPUTY

September 14, 2026

Michelle Barrientes Vela
P.O. Box 380392
San Antonio, TX 78268

RE: Case #5:26-CV-5752-XR,

Your Original Complaint was filed in our office on 9/8/2026 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By____dg______
Deputy Clerk