AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Michelle Barrientes Vela
*Plaintiff(s)*

v.

Bradley Maurice Freeman
Individual Capacity And
Ryan Rios Escobedo
Individual Capacity
*Defendant(s)*

Civil Action No. SA 26CV5752 XR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan Rios Escobedo, in his individual capacity c/o Bexar County Sheriff's office 200 N. Comal Street, San Antonio Texas, 78207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 9/17/26

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Michelle Barrientes Vela
*Plaintiff(s)*

v.

Bradley Maurice Freeman
Individual Capacity And
Ryan Rios Escobedo
individual Capacity
*Defendant(s)*

Civil Action No. SA 26CV5752XR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bradley Maurice Freeman, in his individual capacity
8345 Morningside Place, Schertz, Texas 78154-0346

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 9/17/26

*Signature of Clerk or Deputy Clerk*