**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

FILED

SEP 18 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________
DEPUTY CLERK

| | | |
|---|---|---|
| **MICHELLE BARRIENTES VELA,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **BRADLEY MAURICE FREEMAN,** | § | |
| **individually, and** | § | **Civil Action No. SA-26CV5752XR** |
| **RYAN RIOS ESCOBEDO,** | § | |
| **individually,** | § | |
| **Defendants.** | § | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE HONORABLE COURT AND THE CLERK OF COURT:**

Plaintiff Michelle Barrientes Vela, proceeding pro se, respectfully files this Notice to advise the Court and all parties that her mailing address has changed. The mailing address previously provided as P.O. Box 380392, San Antonio, Texas 78268 should no longer be used.

Plaintiff's new mailing address for all notices and correspondence is:

7602 Linkview St.

San Antonio, Texas 78240

Plaintiff respectfully requests that the Clerk update the docket and the Court's records to reflect this change of address. No other portion of Plaintiff's Original Complaint is changed by this Notice.

Respectfully submitted,

Date: 9-18-2026

______________________________

MICHELLE BARRIENTES VELA

Plaintiff, Pro Se

7602 Linkview St.

San Antonio, Texas 78240

Email: michellebvelaforsheriff@gmail.com